UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                      CASE NO.  8:12-CR-205-T-17MAP

COREY DEONTA HARRIS.

_____/

**AMENDED ORDER**

This cause is before the Court on:

Dkt. 868    Amended Ex Parte Motion to Allow Use of Electronics in the Courthouse

Defendant Corey Deonta Harris requests entry of an Order allowing Bjorn Brunvand, Esq.,  J. D. Thomas, investigator, and Jennifer Vanover, law clerk/paralegal, to bring a personal wireless hotspot, laptop computers and cell phones into the Courthouse for use during the trial of this case, which is to commence on June 6, 2016 and is expected to continue through August 30, 2016.  Although this Motion was designated an ex parte Motion, counsel for Defendant Harris agrees that it is not necessary for the Motion and Order to be filed ex parte.

After consideration, the Court grants the Ex Parte Motion to Allow Use of Electronics in the Courthouse as follows:

Bjorn Brunvand, Esq.
Bjorn E. Brunvand, PA
615 Turner Street
Clearwater, FL   33756
(727) 446-7505                                                      personal wireless hotspot
                                                                              for use in defense counsel room

Case No. 8:12-CR-205-T-17MAP

| | |
|---|---|
| J. D. Thomas<br>Forensic Consulting Services, LLC<br>5427 Saltamonte Dr.<br>New Port Richey, FL 34655 | laptop computer<br>cell phone |
| Jennifer Vanover<br>Bjorn E. Brunvand, P.A.<br>615 Turner St.<br>Clearwater, FL 33756 | laptop computer<br>cell phone |
| DATE THAT EQUIPMENT MAY BE BROUGHT INTO THE FACILITY: | June 6, 2016 through conclusion of trial |
| PURPOSE: | To assist in efficient organization of voluminous documentary evidence at trial;<br>to take notes, keep track of evidence and prepare documents if necessary |
| PLACE AT WHICH EQUIPMENT MAY BE USED: | Courtroom 14A |

Each individual shall present a copy of this Order upon entering the security station, and proper identification will be required. All electronic equipment remains subject to inspection by the U.S. Marshal, pursuant to Fed. R. Crim. P. 53 (prohibiting courtroom photography and broadcasting in criminal cases) and Local Rule 4.11(a)(2)(prohibiting courtroom photography and broadcasting in all cases). A copy of General Order 6:13-MC 94-ORL-22 is attached to this Order. Accordingly, it is

Case No. 8:12-CR-205-T-17MAP

**ORDERED** that Defendant Corey Deonta Harris's Second <u>Ex</u> <u>Parte</u> Motion to Allow the Use of Electronics in the Courthouse (Dkt. 868) is **granted**. Counsel for Defendant Corey Deonta Harris shall provide a copy of this Order to the authorized persons named in this Order.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 7th day of June, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Bjorn Brunvand, Esq.
CSO